[No. 11827. Department One. — June 24, 1887.]

In the Matter of the Estate of ERNEST POTEN, Deceased.

Estate of Decedent — Claim of Special Administrator for Services — Funds in Hands of Clerk — Appeal. — An order refusing to compel the clerk of the court to pay over certain funds in his hands belonging to the estate of a decedent to a person who had been the special administrator of the estate, in satisfaction of a claim which had been allowed him for his services as such administrator, is not appealable.

Appeal from an order of the Superior Court of Yolo County refusing to compel the clerk of the court to pay over certain moneys out of the estate of a deceased person.

Motion to dismiss appeal. On the 5th of October, 1885, the Superior Court of Yolo County allowed and decreed to the appellant, Jerry Desmond, the sum of $320, out of the estate of Ernest Poten, deceased, then pending administration in that court, for the purpose of paying him for his services as special administrator of the estate. The money in question had been, on the 28th of September, 1885, paid into the hands of the clerk of the court, in pursuance of an order of the court. After the order of allowance had been made, without any order directing him so to do, the clerk paid the money to one Clark, who claimed to be entitled thereto as the assignee of Desmond. Subsequently Desmond made a motion to compel the clerk to pay the money to him, claiming in support thereof that he had never assigned the money, and that the payment by the clerk was unauthorized. From the order denying the motion the appeal was taken.

*P. M. Sullivan,* for Appellant.

*G. P. Harding,* and *R. Clark,* for Respondent.

The COURT. — The order of the Probate Court complained of is clearly not an appealable order. The motion to dismiss the appeal must, therefore, be granted. So ordered.